Check No. 1154201

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-06857-RNO | 999-0 | BRIAN D WALMER<br>Original Check written to:<br>BRIAN D WALMER<br>1051 PRINCETON DR<br>HUMMELSTOWN, PA  17036- | | 0.00 | 67.03 | 0.00 | 67.03 |
| 10-08908-JJT | 08U-0 | SHANNON DREW KOZLANSKY<br>Original Check written to:<br>WHITE RIDGE PLASTICS, LLC<br>109 SANDS ROAD<br>REIDSVILLE, NC  27320- | 1559 | 2,242.59 | 506.72 | 0.00 | 506.72 |
| 11-00794-RNO | 21U-0 | KENNETH G GREGORY<br>Original Check written to:<br>WEST YORK AMBULANCE<br>PO BOX 726<br>NEW CUMBERLAND, PA  17070- | 2842 | 1,999.46 | 62.81 | 0.00 | 62.81 |
| 11-01780-RNO | 06U-0 | JOHN O PARKER<br>Original Check written to:<br>VOUGH & ASSOCIATES<br>126 SOUTH MAIN STREET<br>PITTSTON, PA  18640-1793 | 3240 | 1,854.14 | 3.36 | 0.00 | 3.36 |
| 11-02285-JJT | 999-0 | RODOLFO A MILACHAY<br>Original Check written to:<br>**RODOLFO A MILACHAY<br>150 CHESTNUT DRIVE<br>STROUDSBURG, PA  18360 | | 0.00 | 13.68 | 0.00 | 13.68 |
| 11-02777-MDF | 04U-0 | DOUGLAS LYNN STONE<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA  19610- | 090401119 | 1,097.07 | 98.57 | 0.00 | 98.57 |
| 11-03735-JJT | 018-0 | ROBERT L PRICE JR<br>Original Check written to:<br>THE PALMS COUNTRY CLUB AND RESORT<br>CONDO ASSOC<br>7345 GREENBRIAR PARKWAY<br>ORLANDO, FL  32819-8935 | 9123 | 0.00 | 197.67 | 0.00 | 197.67 |
| 11-03907-MDF | 27S-0 | AUTUMN LYNN COOPER<br>Original Check written to:<br>CAPITAL REGION WATER<br>BILLING & COLLECTIONS UNIT<br>100 PINE DRIVE<br>HARRISBURG, PA  17103- | | 0.00 | 28.27 | 0.00 | 28.27 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1154201

September 01, 2016

PAY** Nine Hundred Seventy Eight Dollars and 11 Cents*****************************

AMOUNT**$978.11*************

TO THE ORDER OF

VOID AFTER November 30, 2016
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

Case 1:11-bk-00794-RNO    Doc 83    Filed 09/01/16    Entered 09/01/16 11:38:11    Desc
Main Document    Page 1 of 1