```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 11-00794-RNO
Kenneth G. Gregory                                                    Chapter 13
Marsha A. Gregory
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar             Page 1 of 1             Date Rcvd: Nov 15, 2016
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db/jdb          #+Kenneth G. Gregory,    Marsha A. Gregory,    360 Richardson Road,    York, PA 17408-5033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Chandra Marie Arkema    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Marsha A. Gregory general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Kenneth G. Gregory general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Lorraine Gazzara Doyle    on behalf of Creditor    PNC Bank, N.A. LDoyle@udren.com,
               vbarber@udren.com
              Shernese V Woodbine    on behalf of Creditor    PNC Bank, N.A. swoodbin@alumni.law.upenn.edu
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kenneth G. Gregory<br>360 Richardson Road<br>York, PA 17408 | Chapter 13<br>Case No. 1:11−bk−00794−RNO |
| Marsha A. Gregory<br>360 Richardson Road<br>York, PA 17408 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2842
xxx−xx−3411

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 15, 2016

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk